# United States Bankruptcy Court

### Western      District Of   New York

| | | |
|---|---|---|
| In re   National Air Cargo       , <br>      Debtor | ) <br> ) <br> ) | Case No. 14 - 12414 - MJK <br> <br> Chapter 11 |
| The Official Committee Of <br> Unsecured Creditors <br>      Plaintiff | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | Adv. Proc. No. 16 - 1067 K |
| Maersk Agency U.S.A. Inc. <br>      Defendant | ) <br> ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:
Lisa Bertino-Beaser, Clerk of the Court
US Bankruptcy Court W.D.N.Y.
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Bradford Sandler, Esq., Robert Feinstein, Esq., Andrew Caine, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Ave, 34th Floor
New York, NY 10017

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Dated: 10-13-2016

Lisa Bertino Beaser
Clerk of Court