UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL AIR CARGO, INC., | Case No. 14-12414-MJK |
| Debtor. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Plaintiff, | |
| vs. | |
| Airline Container Leasing, LLC | Adv. Proc. No. 16-01047 |
| American President Lines, Ltd. | Adv. Proc. No. 16-01048 |
| Atlas Air, Inc. | Adv. Proc. No. 16-01049 |
| Bulloch & Bulloch, Inc. d/b/a J&P Hall Express | Adv. Proc. No. 16-01050 |
| Canuck Inc. d/b/a The Delivery People | Adv. Proc. No. 16-01051 |
| Cargo Airport Services USA LLC | Adv. Proc. No. 16-01053 |
| Crowley Logistics, Inc. | Adv. Proc. No. 16-01054 |
| Dassault Falcon Jet Corp. *et al*. | Adv. Proc. No. 16-01055 |
| Delta Airlines, Inc. | Adv. Proc. No. 16-01056 |
| Esecurity Solutions, LLC | Adv. Proc. No. 16-01057 |
| Forward Air, Inc. | Adv. Proc. No. 16-01058 |
| Freight Force, Inc. | Adv. Proc. No. 16-01059 |
| Gama Aviation LLC | Adv. Proc. No. 16-01060 |
| Global Crossing Communications, Inc. | Adv. Proc. No. 16-01061 |
| Golden State Container, Inc. | Adv. Proc. No. 16-01062 |
| Heavyweight Air Express, LLC | Adv. Proc. No. 16-01064 |
| Kalitta Air, LLC | Adv. Proc. No. 16-01065 |
| Maersk Agency U.S.A. Inc. | Adv. Proc. No. 16-01067 |
| Maersk Line, Ltd. | Adv. Proc. No. 16-01068 |
| Microsoft Licensing GP | Adv. Proc. No. 16-01069 |
| Pacific Air Cargo | Adv. Proc. No. 16-01070 |
| Pro-Line Embroidery, L.L.C | Adv. Proc. No. 16-01071 |
| Regency Dulles, LLC | Adv. Proc. No. 16-01072 |
| Silk Way Airlines USA, Inc. d/b/a Eurasian Air Cargo USA | Adv. Proc. No. 16-01073 |
| Southern Counties Terminals d/b/a Griley Air Flight | Adv. Proc. No. 16-01074 |
| SSA Cooper, LLC | Adv. Proc. No. 16-01075 |

| | |
|---|---|
| United Airlines, Inc.<br>Universal Specialized, Inc. d/b/a Universal Logistics Solutions, Inc.<br>United States<br>American Express Travel Related Services Company, Inc.<br><br>                    Defendants. | Adv. Proc. No. 16-01076<br>Adv. Proc. No. 16-01077<br><br>Adv. Proc. No. 16-01078<br>Adv. Proc. No. 16-01079 |

**NOTICE OF SECOND EXTENSION
OF TIME TO SERVE COMPLAINTS**

**PLEASE TAKE NOTICE THAT** the Official Committee of Unsecured Creditors (the "Committee") of National Air Cargo, Inc., the debtor and debtor in possession in the above-captioned case pending under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and the plaintiff in the above-captioned adversary proceedings (the "Adversary Proceedings"), hereby gives notice, pursuant to the Order Granting Motion of Official Committee of Unsecured Creditors for Entry of an Order Extending Deadline to Effect Service of Process for Avoidance Actions entered by the United States Bankruptcy Court for the Western District of New York on or about December 19, 2016 in each of the Adversary Proceedings, that it is seeking to further extend the deadline to serve complaints in the Adversary Proceedings through and including December 15, 2017.

PLEASE TAKE FURTHER NOTICE THAT any Defendant shall have ten (10) days to file an objection (the "Objection") to such Extension Notice (the "Objecting Defendant"), which Objection shall contain the person, title, physical mailing address, telephone number and email address of the Objecting Defendant. The Committee shall serve the Complaint on the Objecting Defendant, within twenty (20) days of the date of filing of the Objection, by regular mail and email at the physical and electronic address provided in the Objection, which service shall be deemed good and valid service.

Dated: June 26, 2017

PACHULSKI STANG ZIEHL & JONES LLP

_____
Robert J. Feinstein
Bradford J. Sandler (admitted *pro hac vice*)
Andrew W. Caine
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
       bsandler@pszjlaw.com
       acaine@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors